UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Case No. 24-41256

CRYSTAL TN WARREN, Chapter 7

      Debtor. Judge Thomas J. Tucker
_____/

## ORDER DENYING, AS MOOT, MOTION BY RONALD S. SIEGEL TO WITHDRAW AS COUNSEL FOR THE DEBTOR, AND CANCELLING THE MAY 29, 2024 HEARING ON THE MOTION

This case is before the Court on a motion by the Debtor's attorney, filed on May 6, 2024, entitled "Petition of Ronald S[.] Siegel to Withdraw as Counsel for Debtor" (Docket # 19, the "Motion"). On May 9, 2024, the Debtor filed an objection to the Motion (Docket # 21). The Motion is currently scheduled for a hearing on May 29, 2024 at 9:00 a.m. But the Motion is now moot, and there is nothing more for the Debtor's attorney to do in this case. This is so because the Debtor obtained a discharge on May 21, 2024 (*see* Docket # 24), the Chapter 7 Trustee filed a no-distribution report on March 31, 2024, and the only thing now keeping this case from being closed is the pendency of the Motion.

Accordingly,

IT IS ORDERED that:

1. The Motion (Docket # 19) is denied, as moot.

2. The hearing on the Motion, scheduled for May 29, 2024 at 9:00 a.m., is cancelled.

**Signed on May 28, 2024**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**